UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUELINE LASSITER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KIMBER ANDERSON, BRIAN GIBBS,<br>FLEET BANK<br><br>　　　　　Defendants. | Civil Action No. 04-cv-10550-WGY |

### NOTICE OF APPEARANCE

We, George P. Kostakos and Melanie L. Glickson, hereby enter our appearance as counsel to the defendants, Kimber Anderson, Brian Gibbs, Fleet Bank, in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　**KIMBER ANDERSON,**
　　　　　　　　　　　　　　　　　**BRIAN GIBBS, AND**
　　　　　　　　　　　　　　　　　**FLEET NATIONAL BANK**
　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　_/s/ George P. Kostakos_
　　　　　　　　　　　　　　　　　George P. Kostakos
　　　　　　　　　　　　　　　　　BBO No. 557919
　　　　　　　　　　　　　　　　　Melanie L. Glickson
　　　　　　　　　　　　　　　　　BBO No. 652565
　　　　　　　　　　　　　　　　　Edwards & Angell, LLP
　　　　　　　　　　　　　　　　　2800 Financial Plaza
　　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　　(401) 274-9200

　　　　　　　　　　　　　　　　　101 Federal Street
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　(617) 439-4444

## CERTIFICATE OF SERVICE

I, George P. Kostakos, hereby certify that on this 31st day of March 2004, I caused a copy of the foregoing document to be served by first class mail, postage pre-paid to:

Winston Kendall, Esq.
Law Office of Winston Kendall
136 Warren Street
Roxbury, MA  02119

*[signature]*
George P. Kostakos