UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE LASSITER,

        Plaintiff,

v.

KIMBER ANDERSON, BRIAN GIBBS,
AND FLEET BANK,

        Defendant.

C.A. No. 04-cv-10550 (WGY)

## LOCAL RULE 81.1 STATEMENT

Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, attached as Exhibit A are certified copies of all of the filings in the matter of Jacqueline Lassiter v. Kimber Anderson, Brian Gibbs, and Fleet Bank, Civil Action No. 04-0613C in the docket of the Superior Court of the Commonwealth of Massachusetts for Suffolk County.

Dated: April 6, 2004

FLEET NATIONAL BANK
By its attorneys,

George P. Kostakos (BBO# 557919)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02210
(617) 439-4444
(617) 439-4170 (fax)

EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 528-5864
(401) 528-5859 (fax)

## CERTFICIATE OF SERVICE

I hereby certify that on this 6th day of April, 2004, I caused a copy of the foregoing document to be mailed via first-class mail, postage pre-paid to W. Kendall, Esq., 136 Warren Street, Roxbury, MA 02119, and via facsimile.

*George P. Kostakos*
George P. Kostakos