UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.# 04-10550-WGY

JACQUELINE LASSITER

v.

OPPOSITION TO MOTION TO
DISMISS CLAIM UNDER
42 USC SS 1985-1986

KIMBER ANDERSON ET AL.

The plaintiff opposes the defendants' Motion To Dismiss Claim under SS.1985-6.

Plaintiff states that the well pleaded facts of the Verified Complaint, allege specifically that the defendants Anderson and Gibbs, conspired to cause plaintiff to be subjected to racial discrimination in the terms and conditions of employment, to retaliation for her opposition to racial discrimination and eventually, to termination, in violation of her rights under S.1981, which provides the substantive basis for the conspiracy count. See, Kwoun v. S.E. Mo. Pro. Standards Review Org., 620 F.Supp. 520 (D.C.,Mo. 1985).

Plaintiff relies on the facts of the Verified Complaint, on file in this action.

By her Attorney,

W/Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130

# WINSTON KENDALL
### ATTORNEY AT LAW

WINSTON D. KENDALL

136 WARREN STREET
ROXBURY, MASSACHUSETTS 02119
(617) 442-6130

13th April, '04

Clerk's Office-Civil
U.S. District Court
Suite 2300
1 Courthouse Way
Boston, Ma. 02210

Re: C.A.#04-10550-WGY
    Lassiter v. Anderson et al.

Dear Sir/Madam:

Enclosed, please find for filing: Plaintiff's Opposition To Defendants' Motion To Dismiss Claim Under SS 1985-1986, Memorandum and Certificate of Service.

Thank you.

Sincerely,

W. Kendall

enclosures
cc George Kostakos, esq.