04cv 10550 WGY

## CERTIFICATE OF SERVICE

I, W.Kendall, counsel for plaintiff Jacqueline Lassiter, hereby certify that on 13th.April, '04, I made service of Plaintiff's Oppositon To Motion To Dismiss and Memorandum first class mail, postage pre-paid on George Kostakos, esq., Edwards, Angell, 2800 Financial Plaza, Providence, R.I. 02903.

W.Kendall