# Edwards & Angell LLP

2800 Financial Plaza  Providence, RI 02903  401.274.9200  *fax* 401.276.6611

George P. Kostakos, Esq.*
401.528.5864
*fax* 888.325.9573
gkostakos@edwardsangell.com
*Also admitted in GA, MA, & NY

September 14, 2004

United States District Court
Civil Clerk's Office
Suite No. 2300
One Courthouse Way
Boston, MA 02210

    **Re:**    **Jacqueline Lassiter v. Kimber Anderson, Brian Gibbs, and Fleet Bank**
            **CA No. 04-0613C**

Dear Sir or Madam:

On September 13, 2004 I sent Defendant Fleet National Bank's Opposition to Plaintiff Jacqueline Lassiter's Motion to Strike and for Further Answers to the Court for filing. I inadvertently omitted the exhibits from the Opposition. At your earliest convenience, please see that the enclosed exhibits are attached to the Opposition.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

George P. Kostakos

GPK/amf

Enclosure

cc:    W. Kendall, Esquire

A



**WINSTON KENDALL**
ATTORNEY AT LAW

WINSTON D. KENDALL

Exhibit 3

136 WARREN STREET
ROXBURY, MASSACHUSETTS 02119
(617) 442-6130

18th August, '04

Melanie Glickson, esq.
Angell, Edwards
2800 Financial Plaza
Providence, R.I. 02903

Re: C.A.#04-10550-WGY
    Lassiter v. Anderson et al.

Dear Attorney Glickson:

    This writing serves as a sequel to the discussions had by telephone today, relative to Fleet Bank's Answers to Interrogatories and Request For Production propounded by the plaintiff.

    It was our agreement that we would identify in writing, the answers which we wished to have the defendant supplement and that we would then speak with you by telephone, with regard to the defendant's position on the request for supplementation. The Answers To Interrogatories which we find to be non-responsive are: 4, 8-10, 12-14 and the Answers to Request For Production for which we seek further answers are: 8-10, 11, 15, 17-19, 22, 26-31.

    We anticipate speaking with you early next week.

    Thank you.

Sincerely,

W. Kendall

enclosure

B

Case 1:04-cv-10550-WGY     Document 17-2     Filed 09/17/2004     Page 4 of 5

# Edwards & Angell LLP

2800 Financial Plaza   Providence, RI 02903   401.274.9200   fax 401.276.6611

Melanie L. Glickson
401.528.5836
fax 888.325.9150
mglickson@edwardsangell.com

August 23, 2004

**VIA FACSIMILE AND FIRST-CLASS MAIL**
Winston Kendall, Esq.
Law Office of Winston Kendall
136 Warren Street
Roxbury, MA  02119

Re:   **Jacqueline Lassiter v. Kimber Anderson et al.**
      **CA No. 04-0613C**

Dear Winston:

I write in response to your letter of August 18, 2004. In your letter, you purport to "meet and confer" regarding deficiencies you claim exist with respect to Defendants' responses to discovery propounded by Plaintiff. Your letter, however, simply identifies the Document Requests and Interrogatories for which you seek supplemental responses.

Fleet maintains its objections to the Document Requests and Interrogatories you identify in your letter. Further, Fleet cannot engage in a meaningful dialogue regarding the deficiencies you claim exist with the subject discovery responses, without additional information from you as to the claimed deficiencies.

Sincerely,

*Melanie L. Glickson*

Melanie L. Glickson

MLG/sk

PRV_675099_1/MGLICKSON