UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUELINE LASSITER,<br><br>             Plaintiff,<br><br>v.<br><br>KIMBER ANDERSON, BRIAN GIBBS,<br>FLEET BANK<br><br>             Defendants. | Civil Action No. 04-cv-10550-WGY |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

Please enter the appearance of Siobhan M. Sweeney of Edwards & Angell on behalf of the defendants, Kimber Anderson, Brian Gibbs and Fleet National Bank.

                                                **KIMBER ANDERSON,**
                                                **BRIAN GIBBS, AND**
                                                **FLEET NATIONAL BANK**

                                                By their attorneys,

                                                /s/  Siobhan M. Sweeney
                                                George P. Kostakos
                                                BBO No. 557919
                                                Edwards & Angell, LLP
                                                2800 Financial Plaza
                                                Providence, RI 02903
                                                (401) 274-9200

                                                Siobhan M. Sweeney
                                                BBO No. 562118
                                                101 Federal Street
                                                Boston, MA 02110
                                                (617) 439-4444

Dated: November 30, 2004