UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A.#04-10550-WGY

JACQUELINE LASSITER

v.

KIMBER ANDERSON ET AL.

OPPOSITION TO DEFENDANTS'
MOTION FOR PARTIAL
SUMMARY JUDGMENT

    The plaintiff hereby opposes the defendants' Motion For Partial Summary Judgment on the ground that the defendants have failed to prove that there is no genuine issue as to any of the material facts and that they are entitled to judgment as a matter of law.

    Plaintiff relies on the facts of the Rule 56(f) Affidavit of counsel,; exhibits annexed and the facts of the Verified Complaint.

Respectfully Submitted,

_____
W.Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130