UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A.#04-10550-WGY

JACQUELINE LASSITER

RULE 56(f) FRCP MOTION

v.

KIMBER ANDERSON ET AL

     Pursuant to the provisions of Rule 56(f) FRCP, the plaintiff moves that this Court defer action on the defendants' Motion For Partial Summary Judgment, on the ground that she has not yet completed discovery on defendants, the date for completion of discovery is 15th January, '05 and that she has been earnestly conducting discovery herein.

     Plaintiff relies on the facts of the Rule 56(f) Affidavit of Counsel and attached Exhibits, annexed to this Motion, the facts of the Verified Complaint and the Plaintiff's Affidavit in Support of Opposition To Motion For Summary Judgment.

By her Attorney,

_____

W.Kendall

136 Warren Street

Roxbury, Ma.02119

(617) 442-6130