UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #04-10550-WGY

JACQUELINE LASSITER

v.

KIMBER ANDERSON ET AL.

MOTION FOR LEAVE TO
AMEND COMPLAINT

The plaintiff, pursuant to Rule 15, F.R.C.P., hereby seeks leave to amend the Complaint, on file in this action, by, changing the name of the corporate defendant, both in the Caption and the body of the Complaint, from Fleet Bank to Fleet National Bank.

The defendants, through counsel, have indicated assent to this motion.

Plaintiff,
By her Attorney,

_____
W.Kendall
BBO #267480
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130

Defendants,
By their Attorney,

/s/W.Kendall
S.Sweeney
BBO #562118
Edwards, Angell, LLP
101 Federal Street
Boston, Ma.02110
(617) 439-4444