UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #04-10550-WGY

| | |
|---|---|
| JACQUELINE LASSITER | MOTION FOR LEAVE TO FILE |
| v. | CORRECTED COPY OF MEMORANDUM IN SUPPORT OF |
| KIMBER ANDERSON ET AL. | PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT |

The plaintiff hereby seeks leave to file a Corrected Copy of Memorandum In Support of Plaintiff's Opposition to Motion For Partial Summary Judgment.

The corrected version is intended to replace the Memorandum which was filed on 22$^{nd.December}$, '04 and the defendants, have assented to the instant motion.

Plaintiff,
By her Attorney,

W.Kendall
BBO # 267480
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130

Defendants,
By their Attorney,

/s/W.Kendall
S.Sweeney
BBO # 562118
Edwards, Angell, LLP
101 Federal Streeet
Boston, Ma.02110
(617) 439-4444