UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. 304-10550-WGY

| | |
|---|---|
| JACQUELINE LASSITER | AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE CORRECTED COPY OF MEMORANDUM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT |
| v. | |
| KIMBER ANDERSON ET AL. | |

I, W.Kendall, depose and say that:

1. I am counsel for the plaintiff.
2. The version of the Memorandum In Support of Opposition To Motion For Partial Summary Judgment, filed on 22$^{nd.December}$, '04, contains errors in syntax and spelling.
3. The copy of the Memorandum which plaintiff hereby seeks to file and which is annexed, has been corrected, only with respect to spelling and syntax.
4. Counsel for the defendants has assented to this motion.

_____
W.Kendall

Date: 27$^{th.December}$, '04