UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #04-10550-WGY

| | |
|---|---|
| JACQUELINE LASSITER | MOTION TO STRIKE DEFENDANT'S ANSWERS TO SECOND SET OF PLAINTIFF'S INTERROGATORIES AND FOR FURTHER ANSWERS |
| v. | |
| KIMBER ANDERSON ET AL | |

Plaintiff hereby moves that the Court enter an Order which would strike defendant's (Fleet Bank) Answers to Plaintiff's Second Set of Interrogatories #'s: 5, 6 and 7 and direct that defendant provide further Answers.

In support of this motion, plaintiff states that the objections interposed are not well founded; that the information sought is relevant to the material issues presented by the allegations pleaded with particularity and the Affirmative Defenses raised, including but not limited to the issues of discriminatory and retaliatory termination.

Plaintiff relies on the facts of the Complaint on file; the Affidavit of counsel annexed to this motion; copy of the defendant's Answers annexed and the Affidavit of counsel on file in this action in connection with the Plaintiff's initial Motion To Strike and For Further Answers to Interrogatories and Request For Production.

Respectfully Submitted,

W.Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130

5

## CERTIFICATE OF SERVICE

I, W.Kendall, counsel for plaintiff, hereby certify that on 24th January, '05, I made in-hand service on S.Sweeney, esq., Edwards, Angell, 101 Federal Street, Boston, Ma.02110, of the foregoing Motion To Strike, Affidavit and Exhibit and L.R.7.1(A) Certificate.

_____
W.Kendall