UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #04-10550-WGY

FILED
IN CLERKS OFFICE
2005 JAN 31 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

JACQUELINE LASSITER

v.

KIMBER ANDERSON ET AL

OPPOSITION TO MOTION TO DISMISS TITLE VII CLAIMS AND REQUEST FOR WAIVER OF REQUIREMENT OF RECEIPT OF RIGHT-TO-SUE LETTER

The plaintiff hereby opposes the defendants' Motion To Dismiss Title VII Claims on account of the non-receipt of a Right-To-Sue Letter from the EEOC and requests that this Court waive such requirement in her behalf. Pietras v. Board of Fire Comm'rs, 180 F.3d 468 (2d.Cir, 1999).

The defendants, having omitted to raise the said issue either in their Answer by way of an Affirmative Defense; in their 12(b)(6) Motion and in their Rule 56 Motion For Partial Summary Judgment, should be deemed to have waived this defense. Glater v. Eli Lilly & Co., 712 F.2d 735, 738 (1st.Cir., 1983).

The procedural history of this litigation at MCAD and the pre-trial proceedings herein, present sufficient factors to justify equitable modification of the requirement of a Right-To-Sue Letter.

In the alternative, plaintiff prays that the Court grant her leave to request the Right-To-Sue Letter, **pendente lite,** from the EEOC.

Plaintiff relies on the Affidavit (of Counsel) annexed and Exhibit 9, incorporated by reference.

Respectfully Submitted,

W. Kendall
136 Warren Street
Roxbury, Ma. 02119
(617) 442-6130