## CERTIFICATE OF SERVICE

    I, W.Kendall, counsel for plaintiff Jacqueline Lassiter, hereby certify that on 31st..January, '05, I made service of the foregoing Opposition To Motion To Dismiss Title VII Claims and Request For Waiver of Requirement of Receipt of Right-To-Sue Letter, Affidavit, Exhibit 9 and Memorandum, in-hand, on S.Sweeney, esq., Angell, Edwards, 101 Federal Street, Boston, Ma.02110.

                                                                            */s/ W.Kendall*
                                                                            W.Kendall