UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. #04-10550-WGY

| | |
|---|---|
| JACQUELINE LASSITER | MOTION FOR ORDER THAT FLEET |
| v. | NATIONAL BANK SUPPLEMENT |
| KIMBER ANDERSON ET AL. | ANSWER TO REQUEST FOR PRODUCTION |

The plaintiff hereby moves that this Court issue an Order to defendant Fleet National Bank that it supplement its response to Plaintiff's Request For Production, #7.

Plaintiff states that she has made written request on the defendant that it supplement its response #7 to indicate the "unavailability" of an Affirmative Action Plan but that she has not been served with any such supplementation.

Plaintiff further states that supplementation is necessary to present an accurate record with respect to the defendant's compliance with its obligations imposed by 41 CFR S.60-1.12(a);(b);(d) and 60-1.40 et seq.; First Alabama Bank of Montgomery v. Donovan, 692 F.2d 714 (1982); and is relevant to the material issue of discriminatory intent. Morman v. John Hancock Mut.Life Ins.Co., 672 F.Supp.993 (E.D.Mich.,1987).

Plaintiff relies on Exhibit 2, which is on file in this action and on the Affidavit (of counsel) annexed and Exhibit 10.

Respectfully Submitted,

W.Kendall
136 Warren Street
Roxbury, Ma.02119
(617) 442-6130