## CERTIFICATE OF SERVICE

I, W.Kendall, hereby certify that on 31st January, '05, I made service of the foregoing Motion For Order of Supplementation, Affidavit and Exhibit, in-hand on S.Sweeney, esq., Edwards, Angell, 101 Federal Street, Boston, Ma. 02110.

_____
W.Kendall