UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUELINE LASSITER,<br><br>                    Plaintiff,<br><br>v.<br><br>KIMBER ANDERSON, BRIAN GIBBS,<br>FLEET NATIONAL BANK<br><br>                    Defendants. | Civil Action No. 04-cv-10550-WGY |

**DEFENDANTS' FIRST AMENDED RULE 26(a)(3) DISCLOSURE**

Pursuant to Fed.R.Civ.P. 26(a)(3), Defendants Fleet National Bank ("Fleet"), Brian Gibbs ("Gibbs") and Kimber Anderson ("Anderson") make the following disclosures.

**A.**  **Defendants' Proposed Witnesses**

1.  Defendants expect to call the following witnesses:

Jacqueline Lassiter-Plaintiff

Brian Gibbs-Defendant
Kimber Anderson-Defendant
Jane Gervais-Defendant Fleet National Bank representative
C/o Siobhan Sweeney, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA  02110

Stacey Micka
9 Rivermeadow Rd.
Chelmsford, MA 01824
Tel: 978-256-7174

Defendants reserve the right to amend and supplement this list.

2. Defendants may call the following witnesses in response to Plaintiff's evidence:

Christine Zive
last known address
28 Standro Street
Readville, MA 02136
(617) 361-5284

Karen Osowski
last known address
9 Ashland Ave.
Southbridge, MA 01550
(508) 887-0830.

Parminder Anand
address is believed to be
1938 Oak Tree Road
Edison, NJ 08820
(732) 906-1916

Defendants reserve the right to amend and supplement this list.

**B.  Witnesses by Deposition**

Defendant does not anticipate that any witnesses will testify by deposition.

**C.  Defendants' Proposed Exhibits**

Defendant expects to offer the following exhibits

1. Lassiter Dep. Exhibit 1—Tellers O&S
2. Lassiter Dep. Exhibit 2 (partial only)—Time Sheets
3. Lassiter Dep. Exhibit 3—Branch Performance Standard Guidelines
4. Lassiter Dep. Exhibit 6—Formal Counsel-Written
5. Lassiter Dep. Exhibit 7—Formal Counsel/Written-Performance
6. Lassiter Dep. Exhibit 8—January 22, 2002 letter
7. Lassiter Dep. Exhibit 9—3/23/02 letter
8. Lassiter Dep. Exhibit 11—Development Action Plan
9. Lassiter Dep. Exhibit 12—Final Counsel-Performance
10. Lassiter Dep. Exhibit 13—4/13/02 letter
11. Lassiter Dep. Exhibit 14—April 10, 2002 letter
12. Lassiter Dep. Exhibit 15—Working At Fleet
13. Lassiter Dep. Exhibit 18—IRS Form 1040 for 2002
14. Lassiter Dep. Exhibit 19—IRS Form 1040 for 2003
15. LAS-0020—Official Check and Money Order
16. LAS-0022—teller tape 4/8/02

17. LAS-0016—Fleet Memorandum 2/1/02
18. LAS-0207 to LAS-0208—Plaintiff's resume from on or around 4/24/02, which was produced by Fleet during MCAD discovery process
19. LAS-0176 to LAS-0178—Teller O&S report
20. LAS-0198 to LAS-0201—Application for employment
21. LAS-0196 to LAS-0197—Offer letter
22. LAS-0029—email

Defendants reserve the right to amend and supplement this exhibit list.

FLEET NATIONAL BANK, BRIAN GIBBS AND KIMBER ANDERSON, DEFENDANTS
By their attorneys,

  /s/ Siobhan M. Sweeney
George P. Kostakos (BBO# 557919)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI  02903
(401) 528-5864
 (401) 528-5859 (fax)

Siobhan M. Sweeney (BBO # 562118)
Edwards & Angell, LLP
101 Federal Street
Boston, MA  02210
(617) 439-4444
(617) 439-4170 (fax)

**Certificate of Service**

I hereby certify that a true copy of this document was served on counsel for plaintiff, Winston Kendall, Esq., in hand on February 1, 2005 and through the Court's electronic filing.

/s/  Siobhan M. Sweeney
Siobhan M. Sweeney