UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JACQUELINE LASSITER,

    Plaintiff,

v.

KIMBER ANDERSON, BRIAN GIBBS,
FLEET NATIONAL BANK

    Defendants.

Civil Action No. 04-cv-10550-WGY

## JOINT TRIAL EXHIBIT LIST

The plaintiff and defendants hereby submit this joint trial exhibit list and pre-marked exhibits, which have been redacted pursuant to Local Rule 5.3, as follows:

### I. AGREED UPON EXHIBITS

1. Lassiter Dep. Exhibit 1—Tellers O&S

2. LAS-0176 to LAS-0178—Teller O&S report

3. Lassiter Dep. Exhibit 2 (partial only)—Time Sheets

4. Lassiter Dep. Exhibit 3—Branch Performance Standard Guidelines

5. LAS-0023 through LAS-0027—Attendance and Punctuality online policy

6. Lassiter Dep. Exhibit 15—Working At Fleet (includes: pp. 1-6 and 43-46)

7. LAS-0198 to LAS-0201—Application for employment

8. LAS-0196 to LAS-0197—Offer letter

9. LAS-0004—New Hire/Rehire Form

10. LAS-0005—FleetBoston Employee File Checklist

11. LAS-0003—Resume (single page)

12. Lassiter Dep. Exhibit 8—January 22, 2002 letter (LAS-0006)

13. Lassiter Dep. Exhibit 6—Formal Counsel-Written

14. Lassiter Dep. Exhibit 7—Formal Counsel/Written-Performance

15. Lassiter Dep. Exhibit 9—3/23/02 letter (LAS-0008)

16. LAS-0012, Handwritten note to Arlene James requesting 1/30/02 as a personal day

17. Lassiter Dep. Exhibit 11—Development Action Plan

18. Lassiter Dep. Exhibit 14—April 10, 2002 letter (LAS-0009)

19. Lassiter Dep. Exhibit 12—Final Counsel-Performance

20. Lassiter Dep. Exhibit 13—4/13/02 letter (LAS-0019)

21. "Candidate Details", 2 pages (4/17/2002)

22. Email dated 4/24/02 "RE: Req. 074248"

23. LAS-0207 to LAS-0208—Plaintiff's resume from on or around 4/24/02

24. "Interview" 5/16/02 10 AM (2 pages)

25. LAS-0013 4/30/02 letter, Greater Roslindale Medical and Dental Center

26. 5/2/02 fax cover page to Karen from Christine

27. LAS-0029—email to Brian Gibbs

28. Email to Christine Zive 5/22/02

29. Lassiter Dep. Exhibit 18—IRS Form 1040 for 2002

30. Jacqueline Lassiter Form 1099-G for 2002

31. Jacqueline Lassiter Form W-2's for 2002

32. Lassiter Dep. Exhibit 19—IRS Form 1040 for 2003

## II.  PLAINTIFF'S PROPOSED EXHIBITS--OBJECTED TO BY DEFENDANTS

A. MCAD Charge of Discrimination (1 page)

B. 11/21/03 Letter from MCAD to Winston M. Kendall

C. 11/21/03 Memorandum to File, MCAD, From Robin Edwards

D. Curriculum Vitae of Johnnie Hamilton-Mason (4 pages)

E. 8/17/04 letter from South End Community Health, and attached Adult Intake/Diagnostic Summary (10 pages in total)

F. Complainant's Answers to Interrogatories (MCAD)

G. December 20, 2002 initial position statement of Fleet Bank (MCAD)

H. Fleet Bank's Answers to Complainant's First Set of Interrogatories (MCAD)

I. Letter from W. Kendall to MCAD, November 17, 2003

## III.  DEFENDANTS' PROPOSED EXHIBITS—OBJECTED TO BY PLAINTIFF

J. LAS-0020—Official Check and Money Order

K. LAS-0022—teller tape 4/8/02

L. LAS-0016—Fleet Memorandum 2/1/02

JACQUELINE LASSITER,
Plaintiff
By her attorney,

_____
Winston Kendall
Attorney at Law
136 Warren Street
Roxbury, MA 02119
(617) 442-6130

FLEET NATIONAL BANK, BRIAN
GIBBS, KIMBER ANDERSON
Defendants
By their attorneys,

_____
George Kostakos (BBO # 557919)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903

Siobhan M. Sweeney (BBO # 562118)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444