UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10550-WGY</u>

JACQUELINE LASSITER
Plaintiff

v.

KIM ANDERSON, BRIAN GIBBS,
FLEET NATIONAL BANK
Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

YOUNG, C.J.

    The Court having been advised on FEB. 16, 2005 that the above-entitled action has been settled:
    IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Elizabeth Smith
_____
Deputy Clerk

February 17, 2005

To: All Counsel