**ATTACHMENT B**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACQUELINE LASSITER,<br><br>    Plaintiff,<br><br>v.<br><br>KIMBER ANDERSON, BRIAN GIBBS,<br>FLEET NATIONAL BANK<br><br>    Defendants. | Civil Action No. 04-cv-10550-WGY |

## STIPULATION OF DISMISSAL

Plaintiff, Jacqueline Lassiter, and defendants, Kimber Anderson, Brian Gibbs and Fleet National Bank, hereby stipulate and agree, by and through the undersigned counsel, to the dismissal of the above-captioned matter with prejudice and without costs or fees to any party.

JACQUELINE LASSITER, Plaintiff
By her attorney,

_____
Winston Kendall
BBO No. 267498
136 Warren Street
Roxbury, MA 02119

KIMBER ANDERSON, BRIAN GIBBS,
AND FLEET NATIONAL BANK,
By their attorneys,

_____
Siobhan M. Sweeney
BBO No. 562118
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Dated: 3/23/05